IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOANNE CLARK

    Plaintiff,                                   07cv0266

                                          **ELECTRONICALLY FILED**

   v.

UNIFUND CCR PARTNERS, BERNSTEIN
LAW FIRM, P.C.

    Defendants

### Order of Court

And now, this 30th day of April, 2007, for the reasons set forth in the foregoing Memorandum Opinion, IT IS HEREBY ORDERED that:

(1) Defendant Bernstein Law Firm's Motion to Dismiss (doc. nos. 7 and 10) is GRANTED and the Complaint is dismissed with prejudice;

(2) Defendant Unifund CCR Partners Motion for Joinder (doc. no. 13) is GRANTED;

(3) Judgment is hereby entered in favor of defendants and against plaintiff;

(4) The Clerk shall mark the docket closed.

                                                    s/Arthur J. Schwab
                                                    Arthur J. Schwab
                                                    United States District Judge

cc:    All counsel of record